INSTRUCTIONS
-KEEP THIS COPY FOR YOUR RECORDS-

A. If BOX A on the face of this Violation Notice is checked, YOU MUST APPEAR IN COURT at the date, time, and place shown. If no date, time, and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982

B. If BOX B is checked on the face of this Violation, Notice, YOU MUST DO ONE OF THE FOLLOWING:

1. PAY A FIXED SUM IN LIEU OF APPEARING IN COURT. If you wish to end your case without appearing in court, submit payment by check, money order, or credit card. Use the enclosed envelope. Include the stub from the Violation Notice with your payment. DO NOT SEND CASH. Write the violation number and location code that appear on the top front portion of the Violation Notice on your check or money order and make it payable to the "Central Violations Bureau." Alternatively, you may submit payment on-line at www.cvb.uscourts.gov. Make your payment within 30 days.

    By paying the amount due you may be admitting to a criminal offence and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.

    If you are charged with a motor vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. AS a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state. A drivers-education course may be an option to avoid these consequences. If you are interested in a driver-education course, do not pay the amount due. Call the Central Violations Bureau at 800-827-2982 for further information.

**OR**

2. APPEAR IN COURT. If a date, time, and place for you to appear in court is shown on the front of this Violation Notice, you must appear in court at that time. If no date is shown, you will be notified by mail of the date and time to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear within 45 days, call the Central Violations Bureau at 800-827-2982. If you appear before the court and plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes, not limited to the amount due shown on the violation notice, and will add a special assessment of $5, $10, or $25 for each offence

**NOTICE**

If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for you arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to your states motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

| Payment address | Correspondence Address: |
|---|---|
| Central Violation Bureau | Central Violation Bureau |
| P.O Box 71363 | P.O Box 780549 |
| Philadelphia, PA 19176-1363 | San Antonio, TX 78278-0549 |
| Phone number 800-827-2982 | Website: www.cvb.uscourts.gov |

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on <u>OCTOBER 7, 2015</u> while exercising my duties as a law enforcement officer in the <u>ANNE ARUNDEL</u> District of <u>MARYLAND</u>

AT THE LISTED TIME AND DATE, I WAS DISPATCHED TO THE LISTED LOCATION FOR A SINGLE VEHICLE COLLISION WITH A FIXED OBJECT. THE AFOREMENTIONED VEHICLE WHILE TRAVELING WEST ON ROCKENBACH RD LOST CONTROL, DUE TO FAILING TO REDUCE VEHICLE SPEED AND COLLIDED WITH A FENCE AND A PEDESTRIAN GATE. THE LISTED DRIVER WAS OPERATING THE VEHICLE AT THE TIME OF THE COLLISION.

The foregoing statement is based on:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed On: <u>10/17/2015</u>
             Date(mm/dd/yyyy)        Officers Signature

Probable cause has been stated for the issuance of a warrant.

Executed On: _____
             Date(mm/dd/yyyy)        U.S. Magistrate Judge

**HAZMAT =** Hazardous material involved in incident;   **PASS=** 9 or more passenger vehicle;
**CDL=** Commercial drivers license;   **CMV** Commercial vehicle involved in incident